

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00433-CV

| | | |
|---|---|---|
| CHARLESZETTA YVONNE DELONEY, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (19-3908-367) |
| V. | § | December 10, 2020 |
| | § | |
| TODD KOSCELNIK AND SON | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Charleszetta Yvonne Deloney shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth